# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAELS STORES INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:18-cv-01211-CJC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO THE SUPERIOR COURT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1446(b)(1)** |

The Court, having considered the Parties' Joint Stipulation to Remand to the Superior Court of California Pursuant to 28 U.S.C. § 1446(b)(1), and good cause appearing therefor, grants remand of this action to the Superior Court of California for the County of Orange, case no. 30-2018-00991748-CU-CR-CJC.

IT IS SO ORDERED.

Dated: July 23, 2018

_____
The Hon. Cormac J. Carney
Judge of the United States District Court